TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARILYN E. GARTLEY
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Email: marilyn.gartley@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JANELL PLEIN,<br><br>              Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | Case No. 2:26-cv-00145-BNW<br><br>**Notice of Appearance** |

PLEASE TAKE NOTICE the appearance of Assistant United States Attorney Marilyn E. Gartley as lead counsel for the United States of America.

Hereinafter, all parties to the above-referenced case should notify undersigned counsel of any action in this matter.

Respectfully submitted this 2nd day of April 2026.

SIGAL CHATTAH
First Assistant United States Attorney

 */s/ Marilyn E. Gartley*
MARILYN E. GARTLEY
Assistant United States Attorney