TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARILYN E. GARTLEY
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Email: marilyn.gartley@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JANELL PLEIN,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 2:26-cv-00145-BNW<br><br>**Stipulation and Order to Extend the United States of America's Deadline to Respond to Plaintiff's Complaint** |

PLEASE TAKE NOTICE that in accordance with LR IA 6-1, Defendant United States of America and Plaintiff Janell Plein (collectively, "the parties"), by and through their respective undersigned counsels, hereby respectfully move the Court to approve the following stipulation to extend the time for the United States of America to respond to Plaintiff's Complaint to **May 18, 2026**. This extension is necessary because agency counsel needs additional time to complete its analysis of the allegations in Plaintiff's Complaint.

The United States of America was served with summons and complaint in this matter on February 9, 2026. The current deadline for the United States of America to respond to Plaintiff's Complaint is April 10, 2026. Fed. R. Civ. P. 12(a)(2). The parties have conferred and stipulate to an extension of time for the United States of America to file its response to Plaintiff's Complaint to May 18, 2026, to provide the agency with the time it needs to complete its analysis of the allegations in Plaintiff's Complaint. Accordingly, the parties respectfully

request that the Court grant this stipulation to extend the deadline for the United States of America to respond to Plaintiff's Complaint to **May 18, 2026**.

This is the first request for an extension of time for the United States of America to respond to Plaintiff's Complaint. This extension request is submitted in good faith and not for purposes of undue delay.

Respectfully submitted this 2nd day of April 2026.

SIN CITY LAW

/s/ Jacob G. Leavitt
JACOB G. LEAVITT
jacob@leavittangerman.com
*Attorneys for Plaintiff*

SIGAL CHATTAH
First Assistant United States Attorney

/s/ Marilyn E. Gartley
MARILYN E. GARTLEY
Assistant United States Attorney
*Attorneys for the United States of America*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** April 3, 2026

2