TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JANELL PLEIN,<br><br>                 Plaintiff,<br><br>         v.<br><br>UNITED STATES OF AMERICA,<br><br>                 Defendant. | Case No. 2:26-cv-00145-BNW<br><br>**Stipulation and Order for Defendant to file Answer to Complaint**<br><br>**Second Request** |

The parties stipulate for a 30-day extension for Defendant's answer in this case. Good cause is met for this extension because the parties are seeking to resolve this matter without further litigation.

This case involves a three-car accident that also involves the Plaintiff in *Jennifer Jean Wirth v. USA*, Case No. 2:25-cv-02268-JAD-DJA. Defendant is the same in both cases and after several communications, the parties for both cases are seeking a global settlement conference of the two cases and filed a *Stipulation and Order for Settlement Conference and a Stay on Discovery Deadlines* in *Wirth* because it was the older of the two cases. *See Wirth v. USA*, Case No. 2:25-cv-02268 at ECF Nos. 12 &13. At the filing of this stipulation for this 30 day extension, the *Wirth* court has not yet ruled on the requested settlement conference, but none of the parties have any indication or belief that their joint request will not be granted.

The parties in this case, once the joint stipulation for the settlement conference is granted in *Wirth*, will be filing a joint motion to stay this case pending the settlement conference result.

The parties submit this 30-day extension in good faith and not for purposes of undue delay.

Respectfully submitted this 18th day of May 2026.

| | |
|---|---|
| SIN CITY LAW | TODD BLANCHE<br>Acting Attorney General<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| /s/ Jacob G. Leavitt, Esq.<br>JACOB G. LEAVITT<br>jacob@leavittangerman.com | /s/ Nathan M. Claus<br>NATHAN M. CLAUS<br>Assistant United States Attorney |
| *Attorneys for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:**   May 19, 2026_____

2